UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 10-17 (JLL) |
| JOHN GUARINI | : | ORDER |

This matter having come before the Court on the request of defendant John Guarini (Peter Carter, Assistant Federal Public Defender, appearing) and with the consent of the United States of America (Paul J. Fishman, United States Attorney for the District of New Jersey, by Assistant U.S. Attorney Mark J McCarren, appearing) for a postponement of the date on which he is to report to the Bureau of Prisons for execution of his sentence, and it appearing that he was previously directed to report to the Federal Correctional Institution located at Brooklyn, 80 29th Street, Brooklyn, New York at or before noon on June 18, 2012; and for good cause shown,

It is on this ____ day of June, 2012,

ORDERED that defendant shall report to the previously designated institution at or before noon on July 16, 2012.

_____
HONORABLE JOSE L. LINARES
United States District Judge